FILED
United States Court of Appeals
Tenth Circuit

April 23, 2015

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

UNITED STATES OF AMERICA,

       Plaintiff - Appellee,

v.

DELL BUCK SCHANZE,

       Defendant - Appellant.

No. 15-4015
(D.C. No. 2:14-CR-00549-DB-1)
(D. Utah)

---

**ORDER AND JUDGMENT**[*]

---

Before **HARTZ**, **TYMKOVICH**, and **PHILLIPS**, Circuit Judges.

---

Dell Buck Schanze appealed from an order imposing a pre-trial release condition that he remove all weapons from his home. After the parties negotiated a plea agreement, he eventually pleaded guilty to two misdemeanor counts, and the district court sentenced him to twelve months of unsupervised release. Based on the conviction, the government has filed an unopposed motion to summarily dismiss

---

[*]     This panel has determined that oral argument would not materially assist the determination of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument. This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

Mr. Schanze's appeal as moot. *See* 10th Cir. R. 27.2(A)(1)(b) (permitting motion for summary disposition due to mootness).

Because a challenge to a pre-trial bail condition is moot after a defendant is convicted, *see Murphy v. Hunt*, 455 U.S. 478, 481-84 (1982) (per curiam), we grant the government's motion to dismiss.

Entered for the Court
Per Curiam